# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| KAREN LISA VINCENT<br><br>　　Plaintiff<br><br>　v.<br><br>FAY SERVICING, LLC<br><br>　　Defendant | Case No. 2:22-cv-00055-JAW |

## NOTICE OF DISMISSAL

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no answer or motion for summary judgment having been filed by the opposing party, Plaintiff hereby gives notice of the dismissal of this action.

DATED: April 29, 2022

　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas A. Cox
　　　　　　　　　　　　　　　　　　　　　Thomas A. Cox, Esq. Me. Bar No. 1248
　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Karen Lisa Vincent*

　　　　　　　　　　　　　　　　　　　　　P.O. Box 1314
　　　　　　　　　　　　　　　　　　　　　Portland, ME 04104
　　　　　　　　　　　　　　　　　　　　　(207) 749-6671
　　　　　　　　　　　　　　　　　　　　　tac@gwi.net

CERTIFICATE OF SERVICE

      I hereby further certify that on April 29, 2022, I electronically filed the foregoing Notice of Dismissal using the CM/ECF system which will send notification of such filing to all parties who have appeared in the action.

                                                 /s/Thomas A. Cox  
                                                 Thomas A. Cox